**Affirmed and Memorandum Opinion and Memorandum Concurring Opinion filed November 23, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00099-CR

---

### CHRISTOPHER LEE BROOKS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 421st District Court
Caldwell County, Texas
Trial Court Cause No. 19-065**

---

## M E M O R A N D U M   C O N C U R R I N G   O P I N I O N

I concur in the judgment and join the opinion, but I write separately to note my concern of the potential overuse of nonprecedential authority. *See* Tex. R. App. P. 47.2(b), (c). Just because we can cite opinions and memorandum opinions in criminal appeals "not designated for publication" does not mean we should. *See* Tex. R. App. P. 47.7(a).

The civil appellate bar raised concerns in the 1980s and 1990s to nonprecedential unpublished opinions, which led to current Texas Rule of Appellate Procedure 47.2 making precedential all civil opinions issued by the courts of appeals on or after January 1, 2003. Reasonable people can question why this change only applied in civil appeals. But as the courts of appeals have no general appellate rulemaking authority as do the supreme court and court of criminal appeals, the decision to treat civil and criminal appeals differently is out of the hands of the intermediate appellate judiciary.

What is within our control is how often we cite these nonprecedential opinions. When we do cite them, we must be cautious so that we do not unintentionally extend the law on issues that are supposed to be "settled." *See* Tex. R. App. P. 47.4. Those opinions are presumably nonprecedential for a reason.

Applying the law to the facts of this case, I do not question that the issues are settled. I therefore concur in the judgment and join the opinion.


/s/    Charles A. Spain
Justice


Panel consists of Justices Jewell, Spain, and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).